**Dated: February 14, 2023**
**The following is ORDERED:**

_____
**Denise E. Barnett**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

_____

In re:  MACK CARRUTHERS, JR.                                    19-27765

Debtor                                                          Chapter 13
_____

### CONSENT ORDER REDUCING DEBTOR'S PLAN PAYMENT
_____

The Debtor, Mack Carruthers, Jr., through the undersigned counsel, now proposes for entry by the Court this Consent Order Reducing Debtor's Plan Payment, after agreement of the interested parties whose signatures appear below.

**IT IS ORDERED**:

1. Debtor's motion to modify confirmed plan filed under Document No. 44 was granted by consent in January 2023. The consent order on debtor's motion to modify was entered under Document No. 50, and that order deleted the secured creditor Nissan Motor Acceptance Corporation from the debtor's plan. However,

that consent order did not include specific language to modify the plan payment following the deletion.

2. It is agreed that the debtor's percentage paid to the general unsecured creditors shall remain at 14.00%, and that the bi-weekly plan payment shall be reduced to $121.00. A new payroll deduction order shall be entered at this new amount and served on debtor's employer.

APPROVED FOR ENTRY:

*/s/ William W. Newell*  /s/ Sylvia F. Brown
William W. Newell (TN 34031)  Chapter 13 Trustee
Reaves Law Firm, PLLC
1991 Corporate Blvd., Suite 310
Memphis, TN 38132
William.Newell@beyourvoice.com
Phone: 901-410-5300

Service List:

    All Entities on Matrix

    Chapter 13 Trustee

    Debtor